ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff HOANG MINH LE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JSL PLAZA PUENTE HILLS, LLC, a limited liability company,<br><br>Defendants. | Case No.: 5:16-cv-02034-AB-DTB<br><br>**[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Hon. André Birotte Jr. presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED

Dated: April 25, 2017    _____

Judge, United States District Court,
Central District of California

[PROPOSED] ORDER
CASE NO.: 5:16-CV-02034-AB-DTB